UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELBY GAIL HEIFETZ,<br><br>    Plaintiff,<br><br>    v.<br><br>INDER CHABRA, et al.,<br><br>    Defendants. | Case No. 15-cv-05512-JSC<br><br>**ORDER TO PLAINTIFF FOR STATUS UPDATE** |

Plaintiff filed this ADA access case on December 2, 2015. Defendant William Ku has been served and appeared, but the docket does not reflect that the other two defendants, Inder Chabra and Krishna Chabra, have been served. According to the Case Schedule (Dkt. No. 4), Plaintiff was to have filed a "Notice of Need for Mediation" on or before May 1, 2016. According to the docket, no activity has occurred since December 31, 2015. Accordingly, on or before **June 21, 2016,** Plaintiff shall file a written status update with the Court. The update should explain whether the Chabra defendants have been served and, if not, why they should not be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: June 8, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge